| | |
|---|---|
| 1 | **PORTER LAW GROUP, INC.** |
| | **Brittany Rupley Haefele [276208]** |
| 2 | **7801 Folsom Boulevard, Suite 101** |
| | **Sacramento, California 95826** |
| 3 | **Telephone: 916-381-7868** |
| | **Facsimile: 916-381-7880** |
| 4 | **bhaefele@porterlaw.com** |
| 5 | |
| | **Attorneys for Defendant** |
| 6 | **LIBERTY MUTUAL INSURANCE COMPANY** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE MODULAR MANAGEMENT, INC., | Case No. 2:19-CV-02542-MCE-DB |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE ANSWER PURSUANT TO LOCAL RULE 144(a)** |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY | Complaint Filed:<br>Trial Date: None set |
| Defendant. | |

Pursuant to Local Rule 144(a), the parties hereby agree to extend the responsive pleading deadline from February 7, 2020 until March 6, 2020.

Dated:        January 24, 2020        **CARICHOFF LAW GROUP, P.C.**

By:      /*Robert A. Carichoff*/
ROBERT A. CARICHOFF
Attorney for Plaintiff
SUSTAINABLE MODULAR
MANAGEMENT, INC.

///

///

///

-1-
**STIPULATION AND ORDER TO EXTEND THE ANSWER PURSUANT TO LOCAL RULE 144(a)**

| | | |
|---|---|---|
| 1 | Dated: January 24, 2020 | **PORTER LAW GROUP, INC.** |

By: /*Brittany Rupley Haefele*/
BRITTANY RUPLEY HAEFELE
Attorney for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

IT IS SO ORDERED.

DATED: January 29, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE