1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PORTER LAW GROUP, INC.**
**Brittany Rupley Haefele [276208]**
**7801 Folsom Boulevard, Suite 101**
**Sacramento, California 95826**
**Telephone: 916-381-7868**
**Facsimile: 916-381-7880**
**Email: bhaefele@porterlaw.com**

**Attorneys for Defendant**
**LIBERTY MUTUAL INSURANCE COMPANY**


**HALLETT&PERRIN**
**Michael S. Alfred, [Texas Bar No. 24014416],** *pro hac vice*
**D 214.922.4121 F 214.922.4142 |**
**1445 Ross Ave., Suite 2400**
**Dallas, Texas 75202**
**malfred@hallettperrin.com**

**Attorneys for Plaintiff**
**SUSTAINABLE MODULAR MANAGEMENT, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE MODULAR MANAGEMENT, INC.<br><br>               Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>               Defendant. | Case No. 2:19-CV-02542-MCE-DB<br><br>**STIPULATION AND ORDER TO EXTEND THE OPPOSITION AND REPLY FILING DEADLINE, PURSUANT TO LOCAL RULE 144** |

Pursuant to Local Rule 144, the parties hereby agree to extend the deadlines to file an

Opposition and to file a Reply to Opposition to the Motion to Compel/Stay hearing, which was

**1**

STIPULATION AND ORDER TO EXTEND THE OPPOSITION FILING DEADLINE, PURSUANT TO LOCAL RULE I44

previously set for April 30, 2020. (Dkt. # 10). The reasons for the delay in filing this stipulated

request are as follows: The parties, through counsel, have been working on settling some of the

matters that are at issue in this case. The parties have also recently come to a tentative

stipulation to stay the instant proceedings and pursue resolution of their claims through

arbitration. The parties are working diligently to finalize such stipulation for filing with this

Court. The parties request a 30-day extension from April 16, 2020 until May 15, 2020 to file

any Opposition and deadline for filing a Reply to Opposition from April 23, 2020 until May 22,

2020.


Dated: April 14, 2020                              **HALLETT & PERRIN**


                                                   By: */s/ Michael S. Alfred*
                                                   Michael S. Alfred
                                                   Attorney for Plaintiff
                                                   SUSTAINABLE MODULAR
                                                   MANAGEMENT, INC.


Dated: April 14, 2020                              **PORTER LAW GROUP, INC.**


                                                   By: */s/Brittany Rupley Haefele/*
                                                   Brittany Rupley Haefele
                                                   Attorney for Defendant
                                                   LIBERTY MUTUAL INSURANCE
                                                   COMPANY


       IT IS SO ORDERED.

Dated:  April 16, 2020


                                                   _____
                                                   MORRISON C. ENGLAND, JR.
                                                   UNITED STATES DISTRICT JUDGE

**2**

**STIPULATION AND ORDER TO EXTEND THE OPPOSITION FILING DEADLINE, PURSUANT TO LOCAL RULE I44**