**PORTER LAW GROUP, INC.**
**Brittany Rupley Haefele [276208]**
**7801 Folsom Boulevard, Suite 101**
**Sacramento, California 95826**
**Telephone: 916-381-7868**
**Facsimile: 916-381-7880**
**Email: bhaefele@porterlaw.com**

**Attorneys for Defendant**
**LIBERTY MUTUAL INSURANCE COMPANY**


**HALLETT&PERRIN**
**Michael S. Alfred, [Texas Bar No. 24014416],** *pro hac vice*
**D 214.922.4121 F 214.922.4142 |**
**1445 Ross Ave., Suite 2400**
**Dallas, Texas 75202**
**malfred@hallettperrin.com**

**Attorneys for Plaintiff**
**SUSTAINABLE MODULAR MANAGEMENT, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE MODULAR MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendant. | Case No. 2:19-CV-02542-MCE-DB<br><br>**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION** |

///

///

**1**

**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**

# I.
# INTRODUCTION

On December 19, 2019, plaintiff United States of America, for the use and benefit of Sustainable Modular Management, Inc. ("SMM") filed its complaint alleging a Miller Act claim against defendant Liberty Mutual Insurance Company ("LMIC") to recover monies allegedly owed on a payment bond issued in connection with SMM's provision of modular buildings for use by the United States Government located at Beale Air Force Base ("Project") (Dkt. # 1).  SMM was a subcontractor to SES Construction and Fuel Services LLC ("SCF") on the aforesaid federal public works Project. The underlying subcontract agreement between SMM and SCF for the Project ("Subcontract") contains an arbitration provision that calls for the submission of any dispute between those parties to be submitted to binding arbitration before the American Arbitration Association ("AAA") with the hearing to be conducted in Knoxville, Tennessee. Defendant LMIC is the surety on the Miller Act Payment Bond for the Project. The parties, LMIC and SMM, hereby stipulate to a stay of these proceedings pending arbitration between SCF and SMM, as follows:

# II.
# STIPULATION

1. On February 27, 2020, SCF filed its Demand for Arbitration against SMM before AAA seeking to recover amounts that SCF alleges are due to it by SMM arising from its work under Subcontract. The AAA docketed the proceeding initiated by SCF as AAA Case No. 01-20-0000-7087 ("Arbitration Proceeding"). SMM's response in the Arbitration Proceeding is currently set for June 1, 2020.

2. SMM and SCF's surety, LMIC, have agreed to stay proceedings in this action

**2**

**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**

pending conclusion of the Arbitration Proceeding between SCF and SMM before AAA.

3. LMIC and SMM agree to be bound by the decision rendered in the Arbitration Proceeding with regard to factual findings made by the arbitrator and any amounts found due, if any, in connection with the Project; however, LMIC reserves all other claims and defenses that LMIC may have in this action, including, but not limited to those arising from the terms and conditions of the bond furnished by LMIC, which is the subject of the Complaint in this action.

Dated: April 27, 2020 **HALLETT & PERRIN**

By: */s/ Michael S. Alfred*
Michael S. Alfred
Attorney for Plaintiff
SUSTAINABLE MODULAR MANAGEMENT, INC.

Dated: April 27, 2020 **PORTER LAW GROUP, INC.**

By: */s/Brittany Rupley Haefele/*
Brittany Rupley Haefele
Attorney for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

**3**

**STIPULATION AND ORDER STAYING ACTION PENDING ARBITRATION**

**ORDER**

IS HEREDBY ORDERED that this action be stayed in its entirety pending completion of the Arbitration Proceeding.

IT IS FURTHER ORDERED that LMIC and SMM be bound by the decision rendered in the Arbitration Proceeding with regard to factual findings made by the arbitrator and any amounts found due, if any, in connection with the Project; however, LMIC reserves all other claims and defenses that LMIC may have in this action, including, but not limited to those arising from the terms and conditions of the bond furnished by LMIC, which is the subject of the Complaint in this action.

The Court shall retain jurisdiction to enter judgment consistent with the decision of the arbitrator(s).

Defendant's Motion to Compel Arbitration and Request for Stay (ECF No. 10) is DENIED as moot.

IT IS SO ORDERED.

Dated: April 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE