**PORTER LAW GROUP, INC.**
**Brittany Rupley Haefele [276208]**
**11335 Gold Express Drive, Suite 100**
**Gold River, California 95670**
**Telephone: 916-381-7868**
**Facsimile: 916-381-7880**
**bhaefele@porterlaw.com**

**Attorney for Defendant**
**LIBERTY MUTUAL INSURANCE COMPANY**

**HALLETT & PERRIN, P.C.**
**Michael S. Alfred [TX Bar No. 24014416],** *pro hac vice*
**1445 Ross Avenue, Suite 2400**
**Dallas, Texas 75202**
**D 241.922.4121 F 214.922.4142**
**malfred@hallettperrin.com**

**Attorney for Plaintiff**
**SUSTAINABLE MODULAR MANAGEMENT, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSTAINABLE MODULAR MANAGEMENT, INC., | **CASE NO.: 2:19-CV-02542-MCE-DB** |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| LIBERTY MUTUAL INSURANCE COMPANY | |
| Defendant. | |

After having considered Plaintiff, Sustainable Modular Management, Inc., and Defendant, Liberty Mutual Insurance Company's Joint Motion to Dismiss with Prejudice (the "Motion") the Court finds that the Motion should be granted.

Therefore, the Court orders that the Motion be, and is hereby, granted.

1   The Court further orders that all claims asserted by each of the Parties in the above-styled

2  lawsuit and all claims that could have been asserted herein, are hereby dismissed with prejudice

3  to the re-filing of same and that all costs of Court shall be taxed against the party incurring same.

4  The Clerk of the Court is directed to close this case.

5   IT IS SO ORDERED.

6  Dated:  August 1, 2022

7

8       MORRISON C. ENGLAND, JR.
         SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO DISMISS